**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREIDA LEE, on behalf of herself and other similarly situated people,<br><br>    Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and DOES 1-50, inclusive,<br><br>    Defendants. | No. CV 13-4302 SI<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Presently before the Court is Defendant Equifax Information Services, LLC's motion for extension of time to respond to Plaintiff's motion to remand. Docket No. 13. For good cause shown, the Court grants the motion. Defendant must file its response to the motion to remand by **October 28, 2013**. Plaintiff must file its reply by **November 4, 2013**.

**IT IS SO ORDERED.**

Dated: October 17, 2013

SUSAN ILLSTON
United States District Judge