Case 3:13-cv-04302-SI Document 28 Filed 01/14/14 Page 1 of 1



FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FREIDA LEE, on behalf of herself and other similarly situated people,<br><br>      Plaintiff - Respondent,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>      Defendant - Petitioner. | No. 13-80234<br><br>D.C. No. 3:13-cv-04302-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: TROTT and PAEZ, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied. *See Coleman v. Estes Express Lines, Inc.*, 627 F.3d 1096, 1100 (9th Cir. 2010) (per curiam).

SL/MOATT